IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  20-12960-DD

_____

JAVIER GARCIA-BENGOCHEA,

Plaintiff - Appellant,

versus

CARNIVAL CORPORATION,
a foreign corporation
d.b.a. Carnival Cruise Lines,

Defendant - Appellee.

_____

No. 20-14251-DD

_____

JAVIER GARCIA-BENGOCHEA,

Plaintiff - Appellant,

versus

ROYAL CARIBBEAN CRUISES, LTD.,

Defendant - Appellee.

_____

Appeals from the United States District Court
for the Southern District of Florida

_____

ORDER:

The appellees in these cases are directed to file a response to the petition for panel rehearing and to do so by January 6, 2023.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION